# B1 (Official Form 1) (4/10)

## United States Bankruptcy Court
### Northern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Chapman Industrial Construction Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-2450656** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5617 Crown Road NW**<br>**Dover, OH**     ZIPCODE **44622** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Tuscarawas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**P.O. Box 356**<br>**Dover, OH**     ZIPCODE **44622** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [x] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Chapman Industrial Construction Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
  Signature of Attorney for Debtor(s)           Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Chapman Industrial Construction Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/ Anthony J. DeGirolamo, Esq.**<br>Signature of Attorney for Debtor(s)<br><br>**Anthony J. DeGirolamo, Esq. 0059265**<br>**Anthony J. DeGirolamo, Attorney at Law**<br>**116 Cleveland Ave., N.W., Suite 307**<br>**Canton, OH 44702**<br>**(330) 588-9700 Fax: (330) 588-9713**<br>**ajdlaw@sbcglobal.net**<br><br>**August 9, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |

| **Signature of Debtor (Corporation/Partnership)** | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Michael L. Chapman**<br>Signature of Authorized Individual<br><br>**Michael L. Chapman**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**August 9, 2011**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**                                                      Case No. _____

Chapman Industrial Construction Inc.               Chapter **11**

                                                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Dover Tank & Plate Company**<br>PO Box 70<br>Dover, OH 44622 | **Dave Lawless**<br>(330) 343-4443 | **Trade debt** | | 299,278.46 |
| **Lloyd Crane & Equipment LLC**<br>1355 South Main Street<br>Meadville, PA 16335 | **Brian Lloyd**<br>(330) 336-2336 | **Trade debt** | | 216,544.87 |
| **Metal Masters Inc.**<br>125 Williams Drive NW<br>Dover, OH 44622 | **Brad**<br>(330) 343-3515 | **Trade debt** | | 164,234.80 |
| **Lloyd's Rental & Sales Inc.**<br>1355 South Main Street<br>Meadville, PA 16335-3072 | **Brian Lloyd**<br>(814) 336-2336 | **Trade debt** | | 108,936.94 |
| **NGC/Red Hill, Inc.**<br>1737 Red Hill Road NW<br>Dover, OH 44622 | **Miles Pillar**<br>(330) 364-9240 | **Trade debt** | | 90,048.00 |
| **Holmes Rental Station, Inc.**<br>2465 State Route 39<br>Sugarcreek, OH 44681 | **Henry Beachy**<br>(330) 852-3600 | **Trade debt** | | 87,565.85 |
| **Adolph Johnson & Son Company**<br>PO Box 1583<br>Youngstown, OH 44501 | **Dave Wendell**<br>(330) 544-8900 | **Trade debt** | | 78,126.24 |
| **Whitacre Engineering Company**<br>PO Box 8444<br>Canton, OH 44711 | **John Cannell**<br>(330) 455-8505 | **Trade debt** | | 53,503.13 |
| **Conviber**<br>PO Box 301<br>Springdale, PA 15144-0301 | **Mark/Accts. Rec**<br>(724) 274-6300 | **Trade debt** | | 53,273.00 |
| **Pennsylvania Tool Sales & Service, Inc.**<br>PO Box 5557<br>Poland, OH 44514 | **Accounts Receivable**<br>(330) 758-0845 | **Trade debt** | | 36,192.16 |
| **Speedway Superamerica**<br>PO Box 740587<br>Cincinnati, OH 45274-0587 | **Accts. Payable**<br>(800) 428-4016 | **Trade debt** | | 34,767.95 |
| **Guist Decorators, Inc.**<br>PO Box 7220 - Sta. A.<br>Canton, OH 44705 | **Accts. Receivable**<br>(330) 452-9701 | **Trade debt** | | 30,680.00 |
| **Ray Anthony International**<br>200 Washington Ave.<br>Dravosburg, PA 15034 | **Accts. Receivable**<br>(412) 469-1776 | **Trade debt** | | 21,473.90 |
| **Macomb Group-Cleveland/Akron**<br>Department #166401<br>Detroit, MI 48267 | **Stacy Huwig**<br>(586) 268-0720 | **Trade debt** | | 19,657.10 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Smith Concrete<br>PO Box 71-3184<br>Columbus, OH 43271-3184 | Dick Bennett<br>(740) 246-6315 | Trade debt | 17,485.04 |
| The Selinsky Force<br>4244 Mt. Pleasant St NW<br>North Canton, OH 44720 | Neal Selinsky<br>(330) 477-4527 | Trade debt | 12,387.55 |
| Pleasant Valley Readymix<br>PO Box 436<br>Sugarcreek, OH 44681 | Accts. Receivable<br>(330) 852-2613 | Trade debt | 11,728.91 |
| Corrosion Fluid Products Corp.<br>Dept. #78278<br>Detroit, MI 48278-278 | Jennifer/Acct.Rec<br>(248) 478-0100 | Trade debt | 10,588.98 |
| McJunkin Red Man Corporation<br>PO Box 640300<br>Pittsburgh, PA 15264-0300 | Accts. Receivable<br>(304) 348-5249 | Trade debt | 10,337.73 |
| Modany-Falcone, Inc.<br>PO Box 227<br>Ambridge, PA 15003 | Accts. Receivable<br>(724) 385-0653 | Trade debt | 9,687.30 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 9, 2011**   Signature: */s/ Michael L. Chapman*

**Michael L. Chapman, President**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Ohio**

**IN RE:** Case No. _____

**Chapman Industrial Construction Inc.** Chapter **11** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 9, 2011**     Signature: */s/ Michael L. Chapman* _____

                                      **Michael L. Chapman, President**     Debtor

Date: _____     Signature: _____

                                                               Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Abbott Valve & Fitting Co.
PO Box 632727
Cincinnati, OH  45263-2727


Adolph Johnson & Son Company
PO Box 1583
Youngstown, OH  44501


Advanced Industrial Services
PO Box 64191
Baltimore, MD  21264-4191


Airgas Great Lakes
PO Box 802576
Chicago, IL  60680-2576


AK Steel Butler Safety Department
One Armco Drive
Butler, PA  16003-0832


Albright Welding Supply
3132 E. Lincoln Way
Wooster, OH  44691


All Crane Rental of Pennsylvania LLC
Rt 837, PO Box 505
West Elizabeth, PA  15088


All Tech Electric
1080 Bassett Rd.
Westlake, OH  44145


Allied Equipment Company
PO Box 314
Hudson, OH  44236

Andrew Menchyk, Esq.
Stepanian & Muscatello LLP
222 S Main St
Butler, PA  16001


AppleMobile
2871 West 130th Street
Hinckley, OH  44233-9547


Automatic Fire Protection
326 Jackson St.
Fremont, OH  43420


C.R. Kurtz, Inc.
802 Navarre Rd SW
Canton, OH  44707


Canton Erectors
2009 Quimby Ave., SW
Canton, OH  44706


Carboline Company
PO Box 931942
Cleveland, OH  44193-0004


Carter Lumber
PO Box 40
Kent, OH  44240-0001


Cascade Insulation Co.
4173 Sunnybrook Rd.
Kent, OH  44240-7321


Conviber
PO Box 301
Springdale, PA  15144-0301

Corrosion Fluid Products Corp.
Dept. #78278
Detroit, MI  48278-278


Craig W. Relman Co. LPA
Attn:  Craig Relman Or Robert Edelstein
26851 Miles Rd Ste 204
Cleveland, OH  44128


Creo Design
1038 Ghent Road
Akron, OH  44333


Daniel O. Kern, Esq.
80 Park Dr
PO Box 266
Thornville, OH  43076


Donald P Albrecht Inc.
1025 Brook Avenue NW
Massillon, OH  44646


Dover Machine Co.
2208 State Route 516 NW
Dover, OH  44622


Dover Tank & Plate Company
PO Box 70
Dover, OH  44622


Edward R. Hart Co.
437 McGregor Ave. NW
Canton, OH  44706-0207

Famous Enterprises Inc.
PO Box 951344
Cleveland, OH  44193


Fastenal Company
PO Box 978
Winona, MN  55987-0978


Flexospan Steel Buildings, Inc.
PO Box 515
Sandy Lake, PA  16145


Fulton & Associates Balance Co.
29251 Anderson Road
Wickliffe, OH  44092


Gauer Rental
PO Box 7100
Akron, OH  44306


GeoShack Ohio LLC
883 Hampshire Rd., Suite J
Stow, OH  44224


Glass Lumber & Builders Supply
1244 4th St., NW
New Philadelphia, OH  44663


Greco Gas, Inc.
PO Box 349
Tarentum, PA  15084-0349


Guist Decorators, Inc.
PO Box 7220 - Sta. A.
Canton, OH  44705

H-P Products, Inc.
PO Box 70537
Cleveland, OH 44190-0537


Harrington Industrial Plastics, LLC
po bOX 991099
Louisville, KY 40269


Holmes Rental Station, Inc.
2465 State Route 39
Sugarcreek, OH 44681


Industrial Construction Co., Inc.
10060 Brecksville Rd.
Brecksville, OH 44141


Industrial Safety Products
6091 Carey Drive
Valley View, OH 44125


IRS Special Procedures
1240 E 9th St Rm 457
Cleveland, OH 44119


J & J Refuse, Inc.
PO Box 448
Dover, OH 44622


J. Kevin Lundholm, Esq.
Kyler Pringle Lundholm Durmann LPA
PO Box 668
New Philadelphia, OH 44663

Jeffrey J. Leech, Esq.
Tucker Arnesberg PC
1500 One PPG Pl
Pittsburgh, PA  15222


JMW Trucking Service
512 - 45th Street
Canton, OH  44706


Keim Concrete Pumping
1610 County Road 200
Dundee, OH  44624-9227


Kimble Clay & Limestone
3596 State Rt. 39 NW
Dover, OH  44622


Leppo Inc.
PO Box 154
Tallmadge, OH  44278


Lindsay Concrete Products
PO Box 578
Canal Fulton, OH  44614-0578


Lloyd Crane & Equipment LLC
1355 South Main Street
Meadville, PA  16335


Lloyd's Rental & Sales Inc.
1355 South Main Street
Meadville, PA  16335-3072


Macomb Group-Cleveland/Akron
Department #166401
Detroit, MI  48267

Marianne Oliver, Esq.
Gilardi, Oliver & Lomupo
223 4th Ave 10th Flr
Pittsburgh, PA  15222


Marlite
Box 6010
Hermitage, PA  16148-1010


McJunkin Red Man Corporation
PO Box 640300
Pittsburgh, PA  15264-0300


McMaster-Carr
PO Box 7690
Chicago, IL  60680-7690


McNichols Co.
PO Box 101211
Atlanta, GA  30392-1211


MEGA Fluidline Products, Inc.
425 Kennedy Rd.
Akron, OH  44305-4423


Metal Masters Inc.
125 Williams Drive NW
Dover, OH  44622


Michael L. Chapman
3475 Rue DePaul St NE
Louisville, OH  44641


Modany-Falcone, Inc.
PO Box 227
Ambridge, PA  15003

Mr. John of Pittsburgh
1220 McKee Street
McKees Rocks, PA   15136


NGC/Red Hill, Inc.
1737 Red Hill Road NW
Dover, OH   44622


Ohio Carrier Corporation
PO Box 429
Dover, OH   44622


Ohio Gratings Inc.
5299 Southway SW
Canton, OH   44706


Pace-Sankar Landscaping
4005 Johnstown Road NE
Dover, OH   44622


Pennsylvania Tool Sales & Service, Inc.
PO Box 5557
Poland, OH   44514


Pioneer Programming, Inc.
920 Boulevard
Dover, OH   44622


Pleasant Valley Readymix
PO Box 436
Sugarcreek, OH   44681


Power Tool & Supply Co., Inc.
3699 Le Harps Road
Youngstown, OH   44515

Ray Anthony International  
200 Washington Ave.  
Dravosburg, PA  15034


Red-D-Arc Inc.  
PO Box 532618  
Atlanta, GA  30353-2618


Robert James Sales, Inc.  
PO Box 7999  
Buffalo, NY  14225


Robert Preston, Esq.  
Black McCuskey Souers & Arbaugh  
220 Market Ave S Ste 1000  
Canton, OH  44702


Safety Resources Company of Ohio  
PO Box 80425  
Canton, OH  44708-0425


Smith Concrete  
PO Box 71-3184  
Columbus, OH  43271-3184


Sparta Steel  
PO Box 418  
East Sparta, OH  44626


Speedway Superamerica  
PO Box 740587  
Cincinnati, OH  45274-0587


Staley Technologies, Inc.  
1035 Front Avenue SW  
New Philadelphia, OH  44663

Staples Business Advantage
Dept. DET 2368
Chicago, IL  60696-3689


Steven L. Ball, Esq.
Ball & Tanoury
1010 Old Henderson Rd Ste 1
Columbus, OH  43220


Sunbelt Rentals
1275 W Mound St
Columbus, OH  43223


The Chas. E. Phipps Company
PO Box 931683
Cleveland, OH  44193-1097


The Selinsky Force
4244 Mt. Pleasant St NW
North Canton, OH  44720


Truck Sales & Service, Inc.
PO Box 262
Midvale, OH  44653-0262


Tusc Construction Supply, LLC
5233 Twp. Rd. 359
Millersburg, OH  44654


United Rentals, Inc.
PO Box 100711
Atlanta, GA  30384-0711


Waco Scaffolding & Equipment
4545 Spring Rd.
Cleveland, OH  44131

Wayne-Dalton Group
PO Box 641666
Pittsburgh, PA  15264-1666


Whitacre Engineering Company
PO Box 8444
Canton, OH  44711


Wilkof Industrial Supply Co.
PO Box 20750
Canton, OH  44701


Williams Toyota Lift, Inc.
PO Box 359
East Sparta, OH  44626


Ziegler Bolt & Nut House
PO Box 80369, Sta. C
Canton, OH  44708-0369